

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-14-00358-CV

Juanita **SPRUTE**, M.D. and Jefferson Family Practice Associates,
Appellants/ Cross-Appellees

v.

Arnold L. **LEVEY**,
Appellee/Cross-Appellant

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02406
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

Appellee and Cross-Appellant's Second Motion for Extension of Time to File Motion for Rehearing and En Banc Reconsideration is hereby GRANTED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court